### DUNCAN COFFEE CO. v. HAYNES.

### No. 3830.

Court of Civil Appeals of Texas. El Paso.

May 11, 1939.

Rehearing Denied June 8, 1939.

Samuel H. Peak, of Houston, for appellant.

Moore & Moore, of Paris, for appellee.

HIGGINS, Justice (after stating the case as above).

The propositions submitted in the appellant's brief in substance are that plaintiff failed to establish a prima facie cause of action against the defendant and there is a fatal variance between the contract of employment pleaded and that proved. These propositions present no ground for reversal for it was shown, and the Court found, the defendant to be a Texas corporation with a representative or local agent in Lamar County. This finding fixed the venue as being properly laid in said county under Art. 1995, Sect. 23, R.S. Texas-Louisiana Power Co. v. Wells, 121 Tex. 397, 48 S.W.2d 978, 981; De Shong Motor Freight Lines v. North Texas Coach Co. (Tex.Civ.App.) 108 S.W.2d 766.

Affirmed.